JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAH MASSOUDI, et al., | ) Case No. 2:20-cv-03944-RGK-E |
| Plaintiffs, | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) DISMISSAL WITH PREJUDICE |
| v. | ) |
| | ) |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) |
| | ) |
| Defendants. | ) |

**IT IS ORDERED** that the parties' Stipulation for Dismissal is hereby GRANTED. The claims of Plaintiffs Farah Massoudi and Cyrus Massoudi as against Defendants Ethicon, Inc. and Johnson & Johnson are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  October 8, 2021

_Gary Klausner_

_____
The Honorable R. Gary Klausner

[PROPOSED] ORDER GRANTING DISMISSAL